No. 75–5576. WINFORD v. WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied. 1114.

No. 75–5578. SMITH v. CALIFORNIA. App. Dept., Super. Ct. Cal., Alameda County. Certiorari denied.

No. 75–5579. HAMMOND v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 75–5580. DOESCHER v. JONES, SHERIFF. C. A. 5th Cir. Certiorari denied.

No. 75–5582. CURTIS v. ILLINOIS ET AL. C. A. 7th Cir. Certiorari denied. 

No. 75–5583. ZAVALA v. CRAVEN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 75–5587. HECKSTALL v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 75–5595. TUBBS v. HENDERSON, WARDEN. Sup. Ct. La. Certiorari denied. 43.

No. 75–5600. WILLIAMS v. JOHNSON, CORRECTIONAL SUPERINTENDENT. C. A. 3d Cir. Certiorari denied. 

No. 75–5603. AREY v. MARYLAND. Ct. App. Md. Certiorari denied.

No. 75–5605. MABRA v. GRAY. C. A. 7th Cir. Certiorari denied. 

No. 75–5613. FAIR v. SULLIVAN, SUPERVISOR OF ELECTIONS. C. A. 5th Cir. Certiorari denied.

No. 75–5615. STEERE v. TEXAS ET AL. C. A. 5th Cir. Certiorari denied.